*Rehearing Denied.*

No. 86, October Term, 1964. ZEMEL *v.* RUSK, SECRETARY OF STATE, ET AL., 381 U. S. 1;

No. 245, October Term, 1964. WATERMAN STEAMSHIP CORP. *v.* UNITED STATES, 381 U. S. 252;

No. 246, October Term, 1964. NATIONAL BULK CARRIERS, INC. *v.* UNITED STATES, 381 U. S. 933;

No. 292, October Term, 1964. ATLANTIC REFINING CO. *v.* FEDERAL TRADE COMMISSION, 381 U. S. 357;

No. 296, October Term, 1964. GOODYEAR TIRE & RUBBER CO. *v.* FEDERAL TRADE COMMISSION, 381 U. S. 357;

No. 347, October Term, 1964. JABEN *v.* UNITED STATES, 381 U. S. 214;

No. 832, October Term, 1964. AVGIKOS *v.* LOUISIANA, 381 U. S. 924;

No. 972, October Term, 1964. HOLLAND FURNACE CO. *v.* SCHNACKENBERG, U. S. CIRCUIT JUDGE, ET AL., 381 U. S. 924;

No. 997, October Term, 1964. STROLLO *v.* UNITED STATES, 381 U. S. 912;

No. 1011, October Term, 1964. SERMAN *v.* UNITED STATES, 381 U. S. 912;

No. 1017, October Term, 1964. INTERLAKE STEAMSHIP CO. *v.* NIELSEN ET AL., 381 U. S. 934;

No. 1053, October Term, 1964. RANDALL ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE, 381 U. S. 935;

No. 1056, October Term, 1964. TJONAMAN *v.* A/S GLITTRE ET AL., 381 U. S. 925;

No. 1067, October Term, 1964. W. M. R. WATCH CASE CORP. ET AL. *v.* FEDERAL TRADE COMMISSION, 381 U. S. 936;

No. 1106, October Term, 1964. RATKE ET AL. *v.* UNITED STATES, 381 U. S. 939; and

No. 513, Misc., October Term, 1964. CRAWFORD *v.* BANNAN, WARDEN, 381 U. S. 955. Petitions for rehearing denied. MR. JUSTICE FORTAS took no part in the consideration or decision of these petitions.